IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                RESPONDENT

v.                                    Case No. 6:13-cr-60019
                                           6:14-cv-06065

CARLOS G. BREWER                                                                              MOVANT

## ORDER

Before the Court is the Report and Recommendation filed July 2, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 48). Judge Bryant recommends that Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and his Supplemental Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be denied.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 29) and Defendant's Supplemental Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 38) are hereby **DENIED**. Pursuant to 28 U.S.C. §1915(a), the Court finds that an appeal from the denial of this motion would not be taken in good faith.

**IT IS SO ORDERED**, this 30th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

1